Thompson *v.* The State.

1. An allegation in an indictment that a grindstone was stolen from a "wagon shed-house" is not supported by evidence showing that the grindstone in question was stolen from *under* a "buggy shed-house."

2. When the accused has not put his character in issue, it is reversible error to allow the solicitor-general, over objection by counsel for the accused, to argue to the jury "that the defendant is charged with an offence that, if he is convicted, will disfranchise him; the charge of larceny from the house puts the character of defendant in issue, and under the law he had a right to bring witnesses and show his good character; he has known for a long time what the charge was, and he has not brought a single witness to show his good character; if he could have shown that he had a good character, you know that he would have done so."
*Bennett* v. *The State,* 86 *Ga.* 401.        *Judgment reversed.*
March 10, 1893.

Indictment for larceny from the house.   Before Judge SMITH.   Cobb superior court.   November adjourned term, 1893.

J. E. MOZLEY, for plaintiff in error.   G. R. BROWN, solicitor-general, by HARRISON & PEEPLES, contra.